FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D17-3844
_____

LARRY G. JOSSEY, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
David M. Gooding, Judge.

January 11, 2018


PER CURIAM.

AFFIRMED.

LEWIS, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____


Larry G. Jossey, Jr., pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.